IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,

      Plaintiff,                       No. CIV S-07-1134 MCE JFM P

    vs.

WILLIAM, et al.,

      Defendants.          ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2007, plaintiff was directed to submit a complete application to proceed in forma pauperis together with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). On August 13, 2007, plaintiff again filed an incomplete in forma pauperis application, unaccompanied by the required certified copy of his prison trust account statement. Good cause appearing, plaintiff will be given one final opportunity to file a complete in forma pauperis application on the form provided with this order. Plaintiff is advised that the application must be completed in its entirety and must be accompanied by a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1. Plaintiff shall submit, within thirty days from the date of this order, a complete in forma pauperis application on the form provided with this order together with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and the certification required on the application form. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3    2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: September 12, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

mp/12
lugo1134.3e