1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   RUSTY LUGO,

11          Plaintiff,                No. CIV S-07-1134 MCE JFM P

12      vs.

13   WILLIAM, et al.,

14          Defendants.           FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed September 13, 2007, plaintiff was directed to submit within thirty

17   days a complete in forma pauperis application, including the certification required on the

18   application form, together with a certified copy of his prison trust account statement for the six

19   month period immediately preceding the filing of the complaint.  Plaintiff was cautioned that

20   failure to comply with the order would result in a recommendation that this action be dismissed.

21   The thirty day period has now expired, and plaintiff has not complied with or otherwise

22   responded to the court's order.

23          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

24   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

25          These findings and recommendations are submitted to the United States District

26   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

1

1   days after being served with these findings and recommendations, plaintiff may file written

2   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

3   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

4   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

5   F.2d 1153 (9th Cir. 1991).

6   DATED:  October 23, 2007.

7

8                                                UNITED STATES MAGISTRATE JUDGE

9

10

11   12
     lugo1134.ftc

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26