IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,

        Plaintiff,                   No. CIV S-07-1134 MCE JFM P

    vs.

WILLIAM, et al.,

        Defendants.          <u>ORDER</u>

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was accompanied by an incomplete application to proceed in forma pauperis. On July 5, 2007, plaintiff was directed to submit a complete application to proceed in forma pauperis together with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint. <u>See</u> 28 U.S.C. § 1915(a)(2). On August 13, 2007, plaintiff again filed an incomplete in forma pauperis application, unaccompanied by the required certified trust account statement. By order filed September 13, 2007, plaintiff was given another period of thirty days in which to file a complete in forma pauperis application and the required trust account statement. Plaintiff was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed without prejudice.

Plaintiff failed to comply with the September 13, 2007 order. Accordingly, on October 24, 2007, this court issued findings and recommendations recommending that this action be dismissed without prejudice. On November 5, 2007, plaintiff filed another incomplete in forma pauperis application. Plaintiff has never filed a copy of his prison trust account statement.

Good cause appearing, the October 24, 2007 findings and recommendations will be vacated and plaintiff will be given one final opportunity to submit a complete in forma pauperis application and a certified copy of his prison trust account statement for the six month period that preceded the filing of this action. Plaintiff is cautioned that he must use the form provided with this order. The in forma pauperis application must be completed in its entirety. The certificate portion of the application must be completed by a prison official at the institution where plaintiff is incarcerated. It is not sufficient for plaintiff to complete the certificate section of the application. In addition, plaintiff must include with the application a copy of his prison trust account statement, certified by a prison official. Failure to comply with this order in any part will result in a recommendation that this action be dismissed.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 24, 2007 are vacated;

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

3. Plaintiff shall submit, within thirty days from the date of this order, a complete in forma pauperis application on the form provided with this order and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the

/////
/////
/////
/////
/////

complaint. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: November 26, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

12
lugo1134.vac