IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSTY LUGO,

        Plaintiff,                      No. CIV S-07-1134 MCE JFM P

    vs.

WILLIAM, et al.,

        Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff's complaint was accompanied by an incomplete application to proceed in forma pauperis.  On July 5, 2007, plaintiff was directed to submit a complete application to proceed in forma pauperis together with a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  On August 13, 2007, plaintiff again filed an incomplete in forma pauperis application, unaccompanied by the required certified trust account statement.  By order filed September 13, 2007, plaintiff was given another period of thirty days in which to file a complete in forma pauperis application and the required trust account statement.  Plaintiff was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed without prejudice.

1

Plaintiff failed to comply with the September 13, 2007 order.  Accordingly, on October 24, 2007, this court issued findings and recommendations recommending that this action be dismissed without prejudice.  On November 5, 2007, plaintiff filed another incomplete in forma pauperis application.  Plaintiff has never filed a copy of his prison trust account statement.

By order filed November 26, 2007, the October 24, 2007 findings and recommendations were vacated and plaintiff was given one final opportunity to submit a complete in forma pauperis application and a certified copy of his prison trust account statement for the six month period that preceded the filing of this action.  Plaintiff was cautioned that failure to comply with the order would result in a recommendation that this action be dismissed.  The thirty day period has now expired, and plaintiff has not complied with the November 26, 2007 order.[1]

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

/////
/////
/////
/////
/////

---

[1] On December 19, 2007, plaintiff filed an amended complaint.  The amended complaint is not accompanied by a complete in forma pauperis application, nor has plaintiff tendered any explanation for his failure to comply with the court's November 26, 2007 order.

1 specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951

2 F.2d 1153 (9th Cir. 1991).

3 DATED: January 24, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

lugo1134.fifp2